F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

SEP 2 2 2005

Civil Action No. **05 - CV - 01839** -OES    GREGORY C. LANGHAM
CLERK

**(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)**

JOHN NASIOUS,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER MAYOR JOHN HICKENLOOPER,
DR. PETER CRUM, M.D.,
COMPLETE MEDICAL STAFF1-100,
BETH LINDROOS, M.D.,
SHERRIFF [sic] STRONG,
DENVER COUNTY JAIL AND DIRECTOR OF CORRECTIONS,
UNDERSHERIFF FRED OLIVA, and
HOMELAND SECURITY, IMMIGRATION AND CUSTOMES [sic] ENFORCEMENT,

      Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
## DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

      Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. §1915.  The court has determined that the document is deficient

as described in this order.  Notwithstanding the deficiencies, the clerk of the court will

be directed to commence a civil action.  Plaintiff will be directed to cure the following if

he wishes to pursue his claims.  Any papers which the Plaintiff files in response to this

order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)    __     is not submitted
(2)    __     is missing affidavit

(3)   <u>X</u>     is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

(4)   __     is missing required financial information

(5)   __     is missing an original signature by the prisoner

(6)   __     is not on proper form (must use the court's current form)

(7)   __     names in caption do not match names in caption of complaint, petition or habeas application

(8)   __     An original and a copy have not been received by the court. Only an original has been received.

(9)   __     other _____

**Complaint, Petition or Application:**

(10)  <u>X</u>     is not submitted

(11)  __     is not on proper form (must use the court's current form)

(12)  __     is missing an original signature by the prisoner

(13)  __     is missing page nos. ___

(14)  __     uses et al. instead of listing all parties in caption

(15)  __     An original and a copy have not been received by the court. Only an original has been received.

(16)  __     Sufficient copies to serve each defendant/respondent have not been received by the court.

(17)  __     names in caption do not match names in text

(18)  __     other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _22_ day of _September_ , 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No. 05 - CV - 01839-OES

John Nasious
Prisoner No. 1451246
Denver County Jail
PO Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on 9/22/05

GREGORY C. LANGHAM, CLERK

By: _____
                  Deputy Clerk