IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 05-cv-01839-OES

NOV - 3 2005

JOHN NASIOUS,

GREGORY C. LANGHAM
CLERK

     Plaintiff,

v.

CITY AND COUNTY OF DENVER MAYOR JOHN HICKENLOOPER,
DR. PETER CRUM, M.D.,
COMPLETE MEDICAL STAFF JOHN DOE & JANE DOE 1-100,
BETH LINDROOS, M.D., HSA,
DR. HIGGINS,
NURSE ROSIE,
SHERIFF STRONG,
DENVER COUNTY JAIL AND DIRECTOR OF CORRECTIONS UNDER SHERIFF
    FRED OLIVA,
CHIEF FOOS,
JEFF COPP,
EDDIE SANCHEZ, Homeland Security, Immigration and Customs Enforcement,
QWEST COMMUNICATIONS INTERNATIONAL, INC.,
RICHARD BAER, Executive V.P., Chief Legal Officer,
STEWARDS FRANKIE JOHNSON,
STEWARDS DEAN,
STEWARDS HERMAN,
JOHN DOE & JANE DOE CITY & COUNTY KITCHEN STAFF 1-50,
SGT. BROWN,
STATE BOARD OF NURSING,
NANCY SMITH, Ph.D. R.N., Program Director,
DENNIS CLENIN, Complaint Resolution Specialist,
DEPUTY HANLY,
DEPARTMENT OF REGULATORY AGENCIES,
TAMBOR WILLIAMS, Executive Director,
DIVISION OF REGISTRATIONS,
ROSEMARY McCOOL, Director, and
ALL DENVER CITY AND COUNTY SHERIFF DEPARTMENT OFFICERS AND STAFF
    INVOLVED IN THIS ACTION IN THEIR INDIVIDUAL AND OFFICIAL
    CAPACITIES, that are not currently known by name but will be detailed,

     Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

      Plaintiff's "Motion to Order Change of Address; Retaliatory Acts to Ceice [sic] and Decist [sic] from Sherrifs [sic] and Staff at Denver County Jail, Order of the Court Confirming Prose Status, Order from the Court Denver County Jail Release all Mail and Personal Belonging of Plaitiff [sic] to Jefferson County Transport, Order of PSI Report" filed on October 28, 2005, is DENIED.  Plaintiff's "Motion to Show Cause" filed on November 2, 2005, also is DENIED.

Dated:  November 3, 2005

---

Copies of this Minute Order  mailed on November 3, 2005, to the following:

John Nasious
Prisoner No. 437888
Denver County Jail
PO Box 1108
Denver, CO 80201

                                              Secretary/Deputy Clerk