## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01839-OES

JOHN NASIOUS,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER MAYOR JOHN HICKENLOOPER,
DR. PETER CRUM, M.D.,
COMPLETE MEDICAL STAFF JOHN DOE & JANE DOE 1-100,
BETH LINDROOS, M.D., HSA,
DR. HIGGINS,
NURSE ROSIE,
SHERIFF STRONG,
DENVER COUNTY JAIL AND DIRECTOR OF CORRECTIONS UNDER SHERIFF
    FRED OLIVA,
CHIEF FOOS,
JEFF COPP,
EDDIE SANCHEZ, Homeland Security, Immigration and Customs Enforcement,
QWEST COMMUNICATIONS INTERNATIONAL, INC.,
RICHARD BAER, Executive V.P., Chief Legal Officer,
STEWARDS FRANKIE JOHNSON,
STEWARDS DEAN,
STEWARDS HERMAN,
JOHN DOE & JANE DOE CITY & COUNTY KITCHEN STAFF 1-50,
SGT. BROWN,
STATE BOARD OF NURSING,
NANCY SMITH, Ph.D. R.N., Program Director,
DENNIS CLENIN, Complaint Resolution Specialist,
DEPUTY HANLY,
DEPARTMENT OF REGULATORY AGENCIES,
TAMBOR WILLIAMS, Executive Director,
DIVISION OF REGISTRATIONS,
ROSEMARY McCOOL, Director, and
ALL DENVER CITY AND COUNTY SHERIFF DEPARTMENT OFFICERS AND STAFF
    INVOLVED IN THIS ACTION IN THEIR INDIVIDUAL AND OFFICIAL
    CAPACITIES, that are not currently known by name but will be detailed,

    Defendants.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 15 2005

GREGORY C. LANGHAM
CLERK

---

### MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    Plaintiff's "Motion to Order Adequate Time in Law Lib. and to Show Cause Why Plaintiff is Held Hostage in Seg. W/out Hearing" filed on November 14, 2005, is DENIED.

Dated: November 15, 2005

---

Copies of this Minute Order mailed on November 15, 2005, to the following:

John Nasious
Prisoner No. 437888
Denver County Jail
10500 Smith Road
Denver, CO 80201

*[signature]*
Secretary/Deputy Clerk